COHEN-JOHNSON, LLC
H. STAN JOHNSON, ESQ
Nevada Bar No. 00265
sjohnson@cohenjohnson.com
255 E. Warm Springs Road, Suite 100
Las Vegas, Nevada 89119
Telephone: (702) 823-3500
Facsimile: (702) 823-3400
Attorneys for Debtor

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | |
|---|---|
| Stephan Maisondieu-Laforge | Case No.: 13-17065-LED<br>Chapter 11 |
| Debtor. | Hearing Date: June 24, 2014<br>Hearing Time: 9:30 am |

**NOTICE OF HEARING REGARDING MOTION FOR ORDER: (i) APPROVING THE ADEQUACY OF DISCLOSURES IN PROPOSED DISCLOSURE STATEMENT; (ii) SETTING A CONFIRMATION HEARING, RECORD DATE AND DEADLINE FOR BALLOTING AND OPPOSITIONS TO CONFIRMATION; AND (iii) APPOINTING H. STAN JOHNSON, ESQ. OF COHEN-JOHNSON, LLC AS SOLICITATION AND TABULATION AGENT**

**TO ALL CREDITORS, EQUITY SECURITY HOLDERS, PARTIES IN INTEREST, AND TRUSTEES:**

NOTICE IS HEREBY GIVEN that Debtors, by and through his counsel, COHEN-JOHNSON, LLC, has filed a MOTION FOR ORDER: (i) APPROVING THE ADEQUACY OF DISCLOSURES IN PROPOSED DISCLOSURE STATEMENT; (ii) SETTING A CONFIRMATION HEARING, RECORD DATE AND DEADLINE FOR BALLOTING AND OPPOSITIONS TO CONFIRMATION; AND (iii) APPOINTING H. STAN JOHNSON, ESQ. OF COHEN-JOHNSON, LLC AS SOLICITATION AND TABULATION AGENT ( "Motion"). Debtor requests the Court grant this Motion.

///

Any Opposition must be filed pursuant to Local Rule 9014(d)(1).

Local Rule 9014(d)(1): "Oppositions to a motion must be filed and service must be completed on the movant no later than fourteen (14) days after the motion is served. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule."

If you object to the relief requested, you must file a WRITTEN response to this pleading with the court. You must also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may refuse to allow you to speak at the scheduled hearing; and
- The court may rule against you without formally calling the matter at the hearing.

A copy of the Exhibits to the Disclosure Statement may be obtained by accessing PACER through the United States Bankruptcy Court website for Nevada at www.nvb.uscourts.gov, or by contacting the office of Debtors' counsel, COHEN-JOHNSON, LLC, telephone: (702) 823-3500 or fax: (702) 823-3400.

NOTICE IS FURTHER GIVEN that the hearing on the Motion may be continued without further notice.

///

///

///

///

///

///

///

NOTICE IS FURTHER GIVEN that the hearing on the Motion will be held before a United States Bankruptcy Judge Davis, in the Foley Federal Building, 300 Las Vegas Boulevard South, 3rd Floor, Las Vegas, Nevada on June 24, 2014 at 9:30 a.m.

Dated this 22nd day of May, 2014.

                    COHEN-JOHNSON, LLC

                    By: /s/ H. Stan Johnson
                        H. Stan Johnson, Esq.
                        Nevada Bar No. 00265
                        255 E. Warm Springs Road, Suite 100
                        Las Vegas, Nevada 89119
                        Attorneys for Debtors

COHEN-JOHNSON, LLC
255 E. Warm Springs Road, Suite 100
Las Vegas, Nevada 89119
(702) 823-3500 FAX: (702) 823-3400